BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                             )<br>          Plaintiff,         )<br>                             )<br>     v.                      )<br>                             )<br>APPROXIMATELY $37,800.00 IN  )<br>U.S. CURRENCY, and           )<br>                             )<br>APPROXIMATELY $6,257.00 IN   )<br>U.S. CURRENCY,               )<br>                             )<br>          Defendants.        )<br>_____) | 2:10-CV-03150-WBS-DAD<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

   The United States of America, Plaintiff herein, applies for an order of publication as follows:

   1. Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

   2. Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper

1 or other vehicle for publication;

2     3.    The defendants Approximately $37,800.00 in U.S. Currency
3 and Approximately $6,257.00 in U.S. Currency (hereafter
4 "defendant currency") were seized in the city of Grass Valley, in
5 Nevada County, California.  The Drug Enforcement Administration
6 published notice of the non-judicial forfeiture of the defendant
7 currency on August 9, 16 and 23, 2010, in *The Wall Street*
8 *Journal*.

9     4.    Plaintiff proposes that publication be made as follows:
10         a.    One publication;
11         b.    Thirty (30) consecutive days;
12         c.    On the official internet government forfeiture
13 site www.forfeiture.gov;
14         d.    The publication is to include the following:
15             (1)    The Court and case number of the action;
16             (2)    The date of the seizure/posting;
17             (3)    The identity and/or description of the
18 property seized/posted;
19             (4)    The name and address of the attorney for the
20 Plaintiff;
21             (5)    A statement that claims of persons entitled
22 to possession or claiming an interest pursuant to Supplemental
23 Rule G(5) must be filed with the Court and served on the attorney
24 for the Plaintiff no later than 60 days after the first day of
25 publication on the official internet government forfeiture site;
26 and
27             (6)    A statement that answers to the Complaint or
28 a motion under Rule 12 of the Federal Rules of Civil Procedure

("Fed. R. Civ. P.") must be filed and served within 20 days after the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: 11/19/10                BENJAMIN B. WAGNER
                               United States Attorney


                            By:/s/ Kristin S. Door
                               KRISTIN S. DOOR
                               Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: November 22, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\USvApprox$37,800.3150.pub.ord