```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone: (916)554-2700

 5  Attorneys for Plaintiff
    United States of America
 6
```

FILED

NOV 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $37,800.00 IN<br>U.S. CURRENCY, and<br><br>APPROXIMATELY $6,257.00 IN<br>U.S. CURRENCY,<br><br>　　　　Defendants. | 2:10-CV-03150-WBS-DAD<br><br>**ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM*** |

　　WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 22, 2010, in the United States District Court for the Eastern District of California, alleging that the defendants Approximately $37,800.00 in U.S. Currency and Approximately $6,257.00 in U.S. Currency (hereafter "defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

　　And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the affidavit of Drug

1  Enforcement Administration Task Force Officer David Stevenson,
2  there is probable cause to believe that the defendant currency so
3  described constitutes property that is subject to forfeiture for
4  such violation(s), and that grounds for the issuance of a Warrant
5  for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i)
6  of the Supplemental Rules for Admiralty or Maritime Claims and
7  Asset Forfeiture Actions;

8      IT IS HEREBY ORDERED that the Clerk for the United States
9  District Court, Eastern District of California, shall issue a
10 Warrant for Arrest of Articles *In Rem* for the defendant currency.

11 Dated: 11-24-2010

   -EDMUND F. BRENNAN
   United States Magistrate Judge

Order Re Clerk's Issuance of
Warrant for Arrest