BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $37,800.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $6,257.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:10-CV-03150-WBS-DAD<br><br>FINAL JUDGMENT<br>OF FORFEITURE |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against Approximately $37,800.00 in U.S. Currency and Approximately $6,257.00 in U.S. Currency (hereafter "defendant currency") seized on May 6, 2010.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on November 22, 2010, alleging that said defendant currency is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On November 24, 2010, the Clerk issued a Warrant for

Arrest for the defendant currency, and that warrant was duly executed on December 3, 2010.

4.  Beginning on November 24, 2010, for at least 30 consecutive days, the United States published Notice of the Forfeiture Action on the official internet government forfeiture site www.forfeiture.gov.  A Declaration of Publication was filed on January 20, 2011.

5.  In addition to the public notice on the official internet government forfeiture site www.forfeiture.gov, actual notice or attempted notice was given to the following individuals:

    a.  Brandon Lee Scott

    b.  Whitney Elyse Scott

6.  Claimant Brandon Scott filed a Claim alleging an interest in the defendant currency and an Answer to Verified Complaint on December 23, 2010.  No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

7.  The Clerk of the Court entered a Clerk's Certificate of Entry of Default against Whitney Elyse Scott on April 14, 2011. Pursuant to Local Rule 540, the United States and claimant thus join in a request that as part of this Final Judgment of Forfeiture the Court enter a default judgment against the interest, if any, of Whitney Elyse Scott without further notice.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

1.  The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

2.  That judgment is hereby entered against claimant Brandon

Scott and all other potential claimants who have not filed claims in this action.

   3.   Upon entry of this Final Judgment of Forfeiture, $26,400.00 of the $37,800.00 in U.S. Currency, together with any interest that may have accrued on that amount, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

   4.   Upon entry of this Final Judgment of Forfeiture, but no later than 60 days thereafter, $11,400.00 of the $37,800.00 in U.S. Currency and $6,257.00 in U.S. Currency, together with any interest that may have accrued on those amounts, shall be returned to claimant Brandon Scott through his attorney Stephen A. Munkelt.

   5.   That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant currency.  This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed.  The parties waived the provisions of California Civil Code § 1542.

   6.   Claimant Brandon Scott waived any and all claim or right to interest that may have accrued on the defendant currency being forfeited to the United States.

   7.   That pursuant to the stipulation of the parties, and the allegations set forth in the Complaint filed on November 22, 2010, the Court finds that there was reasonable cause for the seizure and arrest of the defendant currency, and for the commencement and

prosecution of this forfeiture action, and a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

    8.  All parties are to bear their own costs and attorneys' fees.

    9.  The U.S. District Court for the Eastern District of California, Hon. William B. Shubb, District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

    SO ORDERED THIS <u>13th</u> day of <u>January</u>, 2012.

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

<u>CERTIFICATE OF REASONABLE CAUSE</u>

Based upon the allegations set forth in the Complaint filed November 22, 2010, and the Stipulation for Final Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure or arrest of the defendant currency, and for the commencement and prosecution of this forfeiture action.

DATED:  January 13, 2012

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE